No. 658. PACKARD MOTOR CAR CO. *v.* NATIONAL LABOR RELATIONS BOARD. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Louis F. Dahling* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Joseph B. Robison* for respondent.

No. 593. COPE *v.* ANDERSON, RECEIVER. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Harold Evans* for petitioner. *Robert S. Marx, Frank E. Wood* and *Harry Kasfir* for respondent.

No. 656. ANDERSON, RECEIVER, *v.* HELMERS ET AL. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Robert S. Marx, Frank E. Wood* and *Harry Kasfir* for petitioner. *Murray Seasongood* for respondents.